KATHRYN BAKER, Respondent, *v.* CHARLES B. SCHLEYER et al., Appellants, Impleaded with Another.

(Argued November 23, 1932; decided December 13, 1932.)

674

*Charles B. Bechtold* for appellants.
*Luther Ira Webster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.